■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND M. LAGAS, Appellant. [666 NYS2d 87] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of burglary in the third degree. "[B]ecause defendant was sentenced in accordance with the plea agreement, he waived his right to appeal from the sentence" (*People v Van Buren*, 203 AD2d 961; *see, People v Wynn*, 239 AD2d 921, *lv denied* 90 NY2d 912; *cf., People v Monte*, 242 AD2d 591). Defendant's contention that the enhanced sentence is unduly harsh and severe does not survive the valid waiver of the right to appeal (*see, People v Allen*, 82 NY2d 761; *People v West*, 239 AD2d 921, *lv denied* 90 NY2d 944). (Appeal from Judgment of Monroe County Court, Bristol, J.—Burglary, 3rd Degree.) Present—Green, J. P., Pine, Hayes, Callahan and Fallon, JJ.